**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com

**NAQVI INJURY LAW**
PAUL G. ALBRIGHT, ESQ. (#14159)
9500 W. Flamingo Rd., #104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
paul@naqvilaw.com
*Attorneys for Plaintiffs Amanda Marie Corbala, William Kelley, and Steve Scow, Jr.*

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMANDA MARIE CORBALA, individually and as heir to the ESTATE OF CRUZITO TANK RUIZ; and WILLIAM KELLEY and STEVE SCOW, JR. in their capacities as Special Administrators and Personal Representatives of the ESTATE OF CRUZITO TANK RUIZ,

Plaintiffs,

v.

CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; TERESA HOLVE, in her individual capacity,

Defendants.

CASE NO.: 2:26-cv-00578-CDS-BNW

**STIPULATION AND ORDER TO CONTINUE HEARING**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that this Court continue the hearing on *Plaintiffs' Motion for Leave to File a First Amended Complaint* (ECF No. 15) ("Motion") to a date convenient to the court in the later part of October.

WHEREAS, on August 19, 2026, Plaintiffs filed their Motion (ECF No. 15).

WHEREAS, on September 2, 2026, Defendant's filed their Opposition to Plaintiffs'

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

Motion (ECF No. 16).

WHEREAS, on September 9, 2026, Plaintiffs filed their Reply (ECF No. 17).

WHEREAS, on September 17, 2026, the Court scheduled a hearing on Plaintiff's Motion for October 6, 2026 at 11:00 a.m.

WHEREAS, Plaintiffs' counsel will be in Reno, Nevada, from October 5, 2026 through October 7, 2026 for depositions in another case that were noticed on August 14, 2026.

WHEREAS, good cause for this continuance exists to allow Plaintiffs' Counsel's previously scheduled depositions to move forward.

WHEREAS, the following dates are currently available for the Parties in this matter: 10/20/26, 10/22/26, 10/26/26, 10/28/26, 10/29/26.

**IT IS SO STIPULATED.**

DATED this 28th day of September, 2026.

**LAGOMARSINO LAW**

*/s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864

**NAQVI INJURY LAW**
PAUL G. ALBRIGHT, ESQ. (#14159)
9500 W. Flamingo Rd., #104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000

*Attorneys for Plaintiffs*

DATED this 28th day of September, 2026.

**OLSON CANNON & GORMLEY**

*/s/ Thomas D. Dillard, Jr.*
THOMAS D. DILLARD, JR., ESQ. (#6270)
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
*Attorneys for Defendants Clark County School District and Teresa Holve*

**ORDER**

**IT IS HEREBY ORDERED** that the hearing on *Plaintiffs' Motion for Leave to File a First Amended Complaint* (ECF No. 15) is hereby continued to November 3, 2026 at 11:00 AM.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2026